IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DAVID CONRAD ALVERSON, SR.                                               PLAINTIFF

v.                              Civil No. 2:20-cv-2017

TURN KEY MEDICAL SERVICES, et al.                                      DEFENDANTS

### ORDER

Plaintiff David Conrad Alverson, Sr. submitted for filing a *pro se* civil rights action under 42 U.S.C. § 1983. (ECF No. 2). Plaintiff's Amended Complaint was filed on March 12, 2020. (ECF No. 15). A Second Amended Complaint was filed on April 20, 2020. (ECF No. 25).

Currently before the Court is Plaintiff's Motion to Subpoena/Request Documents (ECF No. 31). In the motion, the Plaintiff seeks a subpoena requiring the production of certain medical records from Mercy Medical Center.

The Court, being well and sufficiently advised, finds that the medical records are relevant to Plaintiff's claims and therefore the motion should be, and hereby is **GRANTED**. The Clerk is directed to issue a subpoena to Mercy Medical Center, 7301 Rogers Ave., Fort Smith, Arkansas 72903. The subpoena should require the production of the following:

**All records, whether print or electronic, regarding the care, treatment, and diagnosis of David Conrad Alverson, Sr. from January 8, 2020 until January 13, 2020.**

The subpoena should be served by certified mail, return receipt requested. The records shall be produced by June 10, 2020, with an affidavit from the records keeper to authenticate the records. The records should be delivered to the United States District Court, Western District of Arkansas, Pro Se Office, 35 East Mountain, Room 510, Fayetteville, Arkansas 72701.

Alternatively, the records can be submitted electronically at FSM_Info@arwd.uscourts.gov.

IT IS SO ORDERED this 20th day of May 2020.

>*/s/ Mark E. Ford*
>HON. MARK E. FORD
>UNITED STATES MAGISTRATE JUDGE